## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| WALNUT HILL PHYSICIANS' HOSPITAL, LLC, | ) ) ) | Bankruptcy:   17-32255-bjh7 |
| Debtor in Liquidation. | ) ) | |

| | | |
|---|---|---|
| SCOTT M. SEIDEL, CHAPTER 7 TRUSTEE, | ) ) ) | |
| Plaintiff, | ) ) | Adversary:   18-03033-bjh |
| v. | ) ) | |
| ST. JUDE MEDICAL S.C., INC., | ) ) | |
| Defendant. | ) ) | |

## APPENDIX TO
## BRIEF IN SUPPORT OF
## ST. JUDE MEDICAL S.C., INC.
## TO MOTION FOR
## PARTIAL SUMMARY-JUDGMENT

**TO THE HONORABLE JUDGE OF THE
UNITED STATES BANKRUPTCY COURT:**

NOW COMES **ST. JUDE MEDICAL S.C., INC.** ("St. Jude"), and submits the following *APPENDIX* to the *BRIEF IN SUPPORT* [adv. docket ___] as to St. Jude's *MOTION FOR PARTIAL SUMMARY JUDGMENT* [adv. docket ___] against **SCOTT M. SEIDEL, CHAPTER 7 TRUSTEE** (the "Trustee"), to-wit:

## TABLE OF CONTENTS

Proof of Claim ...................................................................................................................1-33

Trustee's Original Complaint...........................................................................................34-39

Defendant's Original Answer ..........................................................................................40-45

Declaration of Greg Haut in Support of Summary Judgment....................................................46-49

    i. **Exhibit "A":** Account # 10000200771, Walnut Hill 3/8/17 to 6/5/17 to St. Jude (Haut Decl. Exhibit "A") ("DefStJudeMSJApp'x.0001")..................................................................................................50

    ii. **Exhibit "B":** St. Jude Invoice 9006976194(Haut Decl. Exhibit "B") ("DefStJudeMSJApp'x.0002" to ".0004")..................................................................................51-53

    iii. **Exhibit "C":** New Value Invoice and POD Analysis (Haut Decl. Exhibit "C") ("DefStJudeMSJApp'x.0005" to ".0006")..................................................................................54-55

    iv. **Exhibit "D":** St. Jude Invoices (numerous) (Haut Decl. Exhibit "D") ("DefStJudeMSJApp'x.0007" to ".0132")..................................................................................56-181

Declaration of Richard Genovese Jr. in Support of Summary Judgment ........................... 182-184

    i. **Exhibit "A":** Hany Carry Invoices Detail (Genovese Decl. Exhibit "A") ("DefStJudeMSJApp'x.0133" to ".0195")................................................................................. 185-247

REMEMBERED and GIVEN UNDER MY HAND this the __24th__ day of the month of __August__, year 2018.

PADFIELD & STOUT, L.L.P.

*[signature]*

JOHN E. JOHNSON, *of Counsel*
State Bar [Tex.] 24025457
Dallas Office:
705 Ross Avenue
Dallas TX 75202
+1 214 215 6402 – telephone
jjohnson@padfieldstout.com – e-mail

law-counsel for Defendant and
local trial counsel for

&&&

        **KOHNER, MANN & KAILAS, S.C.**
        attorneys for St. Jude Medical S.C., Inc.
        a/k/a St. Jude Medical, Inc.
        SAMUEL C. WISOTZKEY
        (adm. *pro hac vice*)
        MELINDA A. BIALZIK
        (adm. *pro hac vice*)

        Washington Building, Second Floor
        Barnabas Business Center
        4650 N. Port Washington Rd.
        Milwaukee WI 53212-1059
        +1 414 962 5110 – telephone
        +1 414 962 8725 – telecopy
        swisotzkey@kmksc.com — e-mail
        mbialzik@kmksc.com – e-mail

### **CERTIFICATE OF SERVICE**

      The undersigned converted the foregoing document into an electronic image, via portable document format (.pdf), electronically submitted same to the Internet web portal for the Clerk of this Court utilizing the Electronic Management and Electronic Case Filing system of the Court, which has caused service, via Simple Mail Transfer Protocol (e-mail), of a Notice of Electronic Filing of this imaged document to the below-identified parties on Friday, August 24, 2018; said e-mail provides an attributable hyperlink to the document, in portable document format, except any non-electronic served counsel; in that instance, such document was mailed via First Class United States Mail, to-wit:

Davor Rukavina, Esq.
Julian Vasek, Esq.
MUNSCH HARDT KOPF & HARR, P.C.
Suite 3800, Ross Tower
500 N. Akard Street
Dallas TX 75201

        /s/ *John E. Johnson.*
        JOHN E. JOHNSON.