

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

**Signed September 5, 2018**

_____
**United States Bankruptcy Judge**

___

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| WALNUT HILL PHYSICIANS' HOSPITAL, LLC, | ) ) ) | Bankruptcy:    17-32255-bjh7 |
| Debtor in Liquidation. | ) | |

| | | |
|---|---|---|
| SCOTT M. SEIDEL, CHAPTER 7 TRUSTEE, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Adversary:    18-03033-bjh |
| ST. JUDE MEDICAL S.C., INC., | ) ) | |
| Defendant. | ) | |

### AGREED ORDER GRANTING
### MOTION FOR LEAVE TO FILE
### FIRST-AMENDED ANSWER AND
### <u>WITHDRAW REQUESTED RELIEF</u>

**DURING TERM, IN SESSION.**

NOW COMES before the Court the *MOTION FOR LEAVE TO FILE FIRST-AMENDED ANSWER AND WITHDRAW REQUESTED RELIEF* filed by **ST. JUDE MEDICAL S.C., INC.** ("St. Jude") in this

Adversary Proceeding of **SCOTT SEIDEL, CHAPTER 7 TRUSTEE** ("Trustee"). The Court has jurisdiction over this Motion as a core proceeding.

The Court has reviewed the *MOTION*, and its allied *BRIEF*.

The Court, FINDS and CONCLUDES St. Jude's Motion is well taken. Therefore, it is

ORDERED, ADJUDGED, and DECREED that St. Jude has leave to file its First-Amended Answer and Affirmative Defenses.

ORDERED, ADJUDGED, and DECREED that the *MOTION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE PRIORITY CLAIM* [docket 200] (as merged into this Adversary per the *COURT'S ORDER CONSOLIDATING ST. JUDE MATTERS WITH ADVERSARY PROCEEDING* [docket 255]) and the administrative expense portion of St. Jude's *PROOF OF CLAIM* [register 190] are now FULLY WITHDRAWN, and St. Jude is forever barred from asserting an administrative expense claim, whether affirmatively or defensively, or by way of setoff or recoupment.

ORDERED, ADJUDGED, and DECREED, that nothing in this order impairs or otherwise impacts St. Jude's general unsecured proof of claim [register 190] in the amount of $2,260,917.46.

ORDERED, ADJUDGED, and DECREED that St. Jude shall file a withdrawal of its *MOTION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE PRIORITY CLAIM* [docket 200] in the main bankruptcy case within 5 days after the entry of this Order.

**IT IS SO ORDERED.**

# # # END # # #

*AGREED:*

| | |
|---|---|
| */s/ John E. Johnson.* | */s/ Julian P. Vasek* |
| JOHN E. JOHNSON, *of Counsel* | Julian P. Vasek, Esq. |
| PADFIELD & STOUT, L.L.P. | State Bar No. 24070790 |
| Bar Card [Tex.] 24025457 | MUNSCH HARDT KOPF & HARR, P.C. |
| 705 Ross Avenue | 500 N. Akard St., Ste. 3800 |
| Dallas TX 75202 | Dallas, Texas 75201 |
| jjohnson@padfieldstout.com | Tel: 214-855-7528 |
| +1 214 215 6402 -- telephone | jvasek@munsch.com |