## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| WALNUT HILL PHYSICIANS' HOSPITAL, LLC, | ) ) ) | Bankruptcy:  17-32255-bjh7 |
| Debtor in Liquidation. | ) ) | |

| | | |
|---|---|---|
| SCOTT M. SEIDEL, CHAPTER 7 TRUSTEE, | ) ) ) | |
| Plaintiff, | ) ) | Adversary:  18-03033-bjh |
| v. | ) ) | |
| ST. JUDE MEDICAL S.C., INC., | ) ) | |
| Defendant. | ) ) | |

**APPENDIX TO
RESPONSE BRIEF OF
ST. JUDE MEDICAL S.C., INC.
IN OPPOSITION TO MOTION FOR CONTEMPT,
FOR SANCTIONS, AND TO COMPEL
PRODUCTION OF DOCUMENTS AND ANSWERS
TO INTERROGATORIES**

**TO THE HONORABLE JUDGE OF THE
UNITED STATES BANKRUPTCY COURT:**

NOW COMES **ST. JUDE MEDICAL S.C., INC.** ("St. Jude"), and submits the following *APPENDIX*[1] to the *RESPONSE BRIEF IN OPPOSITION* as to the *MOTION FOR CONTEMPT, FOR SANCTIONS, AND TO COMPEL PRODUCTION OF DOCUMENTS AND ANSWERS TO INTERROGATORIES* [adv. docket 41] filed by **SCOTT M. SEIDEL, CHAPTER 7 TRUSTEE** (the "Trustee"), to-wit:

---

[1] References to the Appendix to this Response are referred to herein as "St.JudeResponse ContemptApp'x.___ [referenced document, any Exhibit &c.]."

## TABLE OF CONTENTS

Transcript of Motion to Compel Re: Discovery (June 21 Hearing) ..........................................1 - 39

Declaration of Samuel C. Wisotzkey..........................................................................................40 - 43

Exhibit "A" – E-Mail of Julian Vasek (Sept. 4, 2018)................................................................ 44

Exhibit "B" – Transcription of Conference Call
(between Julian Vasek, Melinda A. Bialzik,
Samuel C. Wisotzkey, and John E. Johnson) ..........................................................................45 - 105

REMEMBERED and GIVEN UNDER MY HAND this the __5th__ day of the month of October, *year* 2018.

PADFIELD & STOUT, L.L.P.

_____
JOHN E. JOHNSON, *of Counsel* *Counsel.*
State Bar [Tex.] 24025457
Dallas Office:
705 Ross Avenue
Dallas TX 75202
+1 214 215 6402 – telephone
jjohnson@padfieldstout.com – e-mail

law-counsel for Defendant and
local trial counsel for

&&&

**KOHNER, MANN & KAILAS, S.C.**
attorneys for St. Jude Medical S.C., Inc.
a/k/a St. Jude Medical, Inc.
SAMUEL C. WISOTZKEY
(adm. *pro hac vice*)
MELINDA A. BIALZIK
(adm. *pro hac vice*)

Washington Building, Second Floor
Barnabas Business Center
4650 N. Port Washington Rd.
Milwaukee WI 53212-1059
+1 414 962 5110 – telephone
+1 414 962 8725 – telecopy
swisotzkey@kmksc.com – e-mail
mbialzik@kmksc.com – e-mail

**CERTIFICATE OF SERVICE**

  The undersigned converted the foregoing document into an electronic image, via portable document format (.pdf), electronically submitted same to the Internet web portal for the Clerk of this Court utilizing the Electronic Management and Electronic Case Filing system of the Court, which has caused service, via Simple Mail Transfer Protocol (e-mail), of a Notice of Electronic Filing of this imaged document to the below-identified parties on Friday, October 5, 2018; said e-mail provides an attributable hyperlink to the document, in portable document format, except any non-electronic served counsel; in that instance, such document was mailed via First Class United States Mail, to-wit:

Davor Rukavina, Esq.
Julian Vasek, Esq.
MUNSCH HARDT KOPF & HARR, P.C.
Suite 3800, Ross Tower
500 N. Akard Street
Dallas TX 75201

                /s/ *John E. Johnson.*
                JOHN E. JOHNSON.