O

object [1] 23/14
objection [2] 27/21 27/22
objections [4] 10/15 17/16 31/18 36/7
objections and [1] 31/18
obligation [1] 28/5
obtain [1] 31/23
obvious [1] 48/8
obvious we're [1] 48/8
obviously [4] 3/17 3/21 33/11 44/11
October [4] 40/17 48/15 48/17 49/8
October 2013 [1] 40/17
October 23rd [3] 48/15 48/17 49/8
off [2] 18/5 38/1
offer [1] 33/12
offered [1] 33/12
offices [1] 1/24
Oh [2] 4/24 32/12
okay [24] 3/13 14/8 19/15 22/7 22/22 23/11 27/7 32/16 35/19 38/8 38/15 42/15 42/22 45/1 45/7 45/20 46/8 46/5 48/8 49/5 49/22 49/23 50/4 50/8
on-ground [1] 8/9
on the [1] 23/23
on-the-ground [5] 4/5 5/6 10/5 18/10 23/22
once [3] 19/8 32/7 32/11
one [18] 3/19 3/22 3/23 5/11 6/24 8/19 10/1 13/13 15/4 22/16 23/24 24/1 33/9 35/8 36/6 45/24 46/2 46/9
one's [1] 15/7
ones [1] 44/20
ongoing [1] 3/5
only [10] 6/7 12/23 13/11 15/4 19/16 30/9 33/18 37/16 45/2 49/12
open [2] 3/21 49/20
opinion [1] 3/7
opted [1] 3/25
option [1] 48/23
optional [1] 12/9
order [16] 3/9 9/3 10/11 10/13 17/15 17/16 17/21 17/21 28/20 29/1 29/3 29/15 31/22 33/3 42/4 48/2
ordered [4] 5/1 27/24 28/17 36/8
ordering [1] 10/21
ordinary [9] 4/1 4/18 18/2 18/4 23/17 26/15 32/22 33/1 35/15
original [1] 23/16
other [11] 7/17 10/23 22/10 27/9 31/7 33/23 37/18 42/10 45/8 45/25 46/3
others [1] 10/6
otherwise [1] 51/24
ought [1] 39/21
our [36] 3/7 3/21 3/22 4/7 4/8 4/9 5/9 5/11 7/3 7/14 9/3 12/2 12/27 15/12 18/1 18/4 21/16 25/11 26/18 26/23 27/1 28/20 29/11 31/1 31/22 33/5 37/15 38/11 39/7 40/21 40/24 41/4 42/3 44/12 48/11 50/6
out [19] 3/8 3/12 7/4 12/11 12/13 15/2 15/21 20/9 29/18 30/5 31/22 32/13 33/15 33/18 35/6 35/18 38/6 40/13 40/21
out what [1] 29/18
outcome [1] 51/25
over [3] 16/24 34/11 41/20
overly [1] 27/18
overruled [5] 10/15 27/22 27/22 31/17 36/7
overrules [1] 17/16
own [9] 11/5 11/7 15/8 15/16 17/11 20/11 39/24 40/24 47/4

P

P.C [1] 2/3
PACER [1] 7/17
Padfield [2] 1/24 2/16
padfieldstout.com [1] 2/19
parameters [2] 3/16 27/24
part [6] 12/7 18/3 28/3 33/2 37/10 47/3
particular [3] 4/4 4/15 5/4
parties [11] 4/21 5/3 5/19 8/22 11/4 12/12 12/16 15/17 35/18 42/24 51/22
parties about [1] 12/16
party [2] 30/13 46/14
pay [1] 30/13
people [32] 3/23 6/8 8/10 8/11 9/14 10/5 11/17 16/19 17/12 20/23 21/10 21/10 22/10 22/12 22/20 24/2 27/13 27/13 33/19 35/13 36/4 36/23 37/3 37/9 37/13 40/4 44/24 45/2 45/3 45/4 45/5 45/8
people's [2] 40/6 43/6
perfected [3] 14/2 14/6 14/6
perfection [1] 14/1
perfectly [1] 14/23
perhaps [1] 8/16
person [16] 4/5 8/8 8/9 12/2 16/5 16/16 16/17 17/2 17/3 17/5 22/17 29/20 33/3 39/19 41/24 46/10
person's [1] 22/17
personal [1] 33/16
perspective [1] 4/9
petition [3] 19/14 26/11 47/16
Phone [3] 2/5 2/12 2/18
PHYSICIANS [2] 1/4 51/4
Plaintiff [3] 1/8 2/2 51/8
playing [1] 40/19
please [1] 12/15
plenty [3] 23/20 24/23 26/1
point [16] 3/22 4/6 7/5 7/8 8/7 14/3 16/5 17/2 17/5 22/25 28/22 35/13 36/5 37/25 39/7 41/24
point-of-contact [1] 8/7
policies [4] 19/23 29/8 34/16 36/24
policy [15] 5/15 7/15 7/24 7/25 8/5 19/21 19/25 20/4 25/22 25/24 26/4 26/8 30/24 35/10 35/22
pop [1] 45/18
Port [1] 2/11
position [6] 4/8 25/25 26/3 27/1 36/20 44/12
possession [4] 14/6 14/9 14/10 14/11
possibly [5] 21/20 22/13 22/13 36/21 44/19
potential [1] 18/8
preference [2] 15/2 31/1
prerogative [1] 33/8
presented [1] 32/2
preserved [1] 6/20
pretty [1] 49/18
primarily [1] 32/22
principal [1] 4/17
probably [3] 7/20 30/24 49/6
problem [4] 6/6 7/13 13/19 30/16
proceed [1] 42/6
proceeding [1] 51/23
proceedings [4] 1/20 15/3 50/11 51/20
produce [11] 5/17 9/4 17/10 18/13 18/21 21/14 31/18 35/10 35/20 35/24 44/7
produced [14] 4/2 5/20 6/4 6/15 17/7 18/12 25/20 26/12 29/4 33/3 35/15 43/2 44/20 44/24
product [2] 12/22 18/11
production [1] 36/19
products [4] 12/8 13/5 13/6 13/9
properly [1] 43/17
property [3] 13/7 40/5 47/18
property of [1] 13/7
proportional [7] 24/5 24/7 24/22 38/24 38/25 39/5 44/6
proportional and [1] 24/22
proportionality [2] 26/13 33/2
proposal [1] 3/19
Protective [4] 3/9 9/3 28/20 42/4
provide [5] 11/1 11/9 12/7 15/14 42/10
provided [23] 8/23 10/7 10/25 13/22 14/16 15/9 15/11 15/13 20/7 21/22 23/4 24/5 24/9 28/17 31/2 31/5 31/6 31/13 37/19 38/2 43/6 46/3 48/20
pull [1] 12/11
purge [2] 7/24 29/8
purged [4] 6/19 6/21 7/7 19/8
purging [1] 19/21
purport [2] 31/11 32/3
purports [1] 39/15
purposes [1] 7/9
pushing [1] 11/10
put [1] 47/1

Q

questions [1] 33/13
quick [1] 7/17

R

random [9] 17/3 18/6 18/7 22/11 22/20 25/5 35/17 38/3 43/11
re [2] 1/3 51/3
read [1] 10/8
reality [4] 5/7 17/9 29/9 33/3
really [5] 5/24 6/2 9/18 28/22 40/9
reason [11] 18/6 23/16 25/19 26/7 30/9 34/20 38/4 38/5 38/8 44/16 45/18
reasonable [16] 9/11 11/10 17/3 17/8 24/4 24/8 24/10 28/2 29/4 31/8 36/8 36/10 36/12 38/23 40/20 50/1
receivable [1] 22/8
received [1] 24/15
recent [1] 49/1
record [10] 10/19 17/22 18/9 23/8 26/15 36/13 42/2 42/17 42/18 51/19
records [6] 6/1 6/4 17/11 18/16 21/22 35/7
recovery [1] 7/9
red [1] 34/18
referenced [1] 5/11
referencing [1] 10/25
refuse [1] 35/9
refuses [1] 23/3
regard [1] 47/9
Registration [1] 52/8
relate [2] 24/2 27/19
related [5] 23/22 33/10 36/19 38/23 51/22
relating [1] 28/10
relationship [8] 4/20 8/21 22/17 33/16 33/19 36/1 38/19 43/10
relevant [3] 26/5 41/2 44/20




ResponseContemptApp'x 103

## R

remain [2] 13/6 26/25
remains [1] 37/16
removed [2] 26/14 29/2
reporter [3] 1/23 42/17 51/18
REPORTER'S [1] 51/13
representations [1] 5/4
representatives [1] 5/8
represented [1] 30/9
request [2] 24/4 37/5
requested [3] 3/16 35/21 45/5
requests [2] 23/12 27/21
require [1] 26/13
required [1] 3/6
requires [1] 17/17
research [3] 13/24 14/5 34/15
resolved [1] 27/5
respect [3] 19/13 35/22 36/16
respond [4] 28/20 33/5 42/3 49/10
responding [1] 28/5
response [7] 3/15 15/19 15/20 21/16 21/25 29/12 34/2
rest [1] 8/1
results [1] 34/11
retention [3] 35/10 35/22 35/24
return [1] 42/17
Rick [12] 8/7 16/4 16/5 16/7 16/10 16/11 17/1 21/8 38/18 46/2 46/4 46/24
Rick Leonardo [1] 8/7
right [9] 3/2 4/8 7/12 21/9 22/19 26/9 35/22 45/2 50/7
road [2] 2/11 41/2
room [2] 3/10 38/15
Ross [2] 1/25 2/17
Rule [2] 13/18 13/22
Rules [7] 3/6 26/13 26/23 26/24 27/3 27/4 33/2
ruling [1] 10/12
rum [1] 38/11

## S

S.C [3] 1/10 2/10 51/10
said [28] 6/20 7/6 8/8 9/25 10/2 10/5 11/23 17/24 20/20 23/7 23/16 26/17 26/19 26/19 27/10 27/24 28/15 32/10 35/14 37/1 37/7 38/17 38/18 40/15 40/17 40/25 47/2 47/13
salaried [1] 6/11
sales [1] 5/6
salespeople [16] 4/3 5/6 10/4 10/23 17/25 18/11 22/5 23/6 23/23 23/24 28/12 37/2 37/7 43/3 45/5 47/12
Sam [1] 20/25
same [1] 49/6
Samuel [1] 2/9
say [13] 4/25 8/18 12/25 15/18 26/6 30/2 38/8 38/25 39/16 42/4 43/21 48/14 48/22
saying [12] 11/17 11/21 14/9 14/10 14/11 30/3 30/3 30/7 41/12 42/16 42/18 43/20
says [10] 8/20 8/22 12/8 12/10 12/11 13/5 20/15 28/2 44/18 47/1
schedule [1] 47/21
schedules [1] 47/15
SCOTT [2] 1/7 51/7
search [44] 3/16 5/9 5/11 5/15 7/17 7/20 10/17 10/20 11/7 15/16 16/18 16/21 17/17 17/24 19/6 20/10 22/3 27/8 27/9 29/4 29/14 29/16 29/18 29/20 30/2 30/4 30/6 30/10 30/11 34/8 34/10 35/20 36/3 36/8 36/10 36/12 36/18 36/24 37/8 37/10 38/21 40/9 40/10 40/12
searched [18] 5/7 10/6 10/22 10/23 10/23 10/24 17/13 18/11 22/5 22/7 22/9 22/11 23/24 28/25 35/13 43/6 44/24 45/1
searches [1] 23/5
searching [3] 5/21 23/1 23/9
second [2] 13/13 48/25
secured [1] 13/10
see [9] 4/6 8/19 9/21 11/17 22/6 24/4 24/22 27/17 47/4
seeing [4] 4/14 25/15 41/7 45/17
seek [1] 12/19
seem [2] 30/16 34/9
seems [4] 5/21 7/14 23/18 48/13
seen [2] 31/15 34/4
SEIDEL [2] 1/7 51/7
selected [1] 11/16
selective [1] 4/10
self [1] 11/16
self-serving [1] 11/16
send [3] 15/2 44/17 44/18
sending [1] 10/9
sense [1] 7/15
sent [4] 3/14 3/20 23/12 40/7
SEPTEMBER [3] 1/16 1/22 51/15
serving [1] 11/18
set [6] 4/7 7/3 10/21 12/13 48/10 49/6
settled [1] 37/19
settlement [1] 25/18
seven [1] 45/1
shall [1] 13/8
shape [1] 5/23
Shorthand [2] 1/23 51/17
should [6] 26/11 35/24 41/16 48/15 48/5 49/6
shouldn't [4] 13/18 13/21 19/5 29/22
show [6] 12/15 31/11 31/11 32/3 32/3 39/22
showing [1] 26/19
shows [3] 26/19 38/3 39/14
shred [1] 12/14
sic [1] 20/25
similar [1] 7/19
simple [2] 34/19 44/13
simply [6] 5/16 18/12 18/20 26/2 32/17 34/22
Simultaneous [17] 4/22 10/3 10/14 10/18 11/15 13/2 15/23 20/17 22/24 25/6 41/8 41/11 43/25 46/18 47/10 48/6 49/15
since [5] 4/2 34/7 34/9 45/7 49/7
single [4] 7/21 12/21 12/22 23/24
sir [2] 21/3 47/21
side [2] 5/24 47/16
situation [2] 4/14 45/24
slew [1] 39/14
small [1] 38/9
so [63]
So search [1] 16/18
So we [1] 17/7
sole [1] 13/7
solely [1] 7/9
solid [1] 39/9
some [21] 3/5 3/17 3/24 5/18 7/5 7/6 17/3 17/13 23/12 24/3 31/13 33/10 36/4 37/20 39/17 41/17 42/25 43/5 43/9 45/8 45/11
somebody [3] 11/21 18/22 45/14
somebody's [1] 45/18
somehow [1] 39/13
someone [2] 14/17 16/13
someone's [1] 14/12
something [19] 3/8 5/9 7/21 8/2 9/25 10/1 13/3 17/14 18/15 19/8 20/9 25/4 25/8 25/9 32/13 40/18 44/10 44/18 47/1
something's [1] 6/21
somewhere [1] 6/23
sorry [4] 4/23 13/20 20/25 21/2
sounds [3] 27/9 28/16 45/14
source [2] 11/5 19/17
speaking [17] 4/22 10/3 10/14 10/18 11/15 13/2 15/23 20/17 22/24 25/8 41/8 41/11 43/25 46/18 47/10 48/6 49/15
specific [12] 17/20 17/25 18/8 23/13 23/22 26/5 27/11 33/10 35/25 38/18 39/11 44/10
specifically [2] 10/5 24/24
spoke [1] 21/6
spoliation [4] 19/11 19/16 19/19 19/20
ST [17] 1/10 10/16 12/7 13/7 13/9 23/3 25/17 28/23 29/8 29/15 30/23 33/20 36/4 37/21 37/25 38/4 51/10
stake [1] 38/6
State [3] 1/24 7/20 51/18
statement [8] 6/25 11/20 13/14 13/22 13/24 19/8 24/15 25/5
STATES [2] 1/1 51/1
still [6] 9/2 9/3 17/7 21/13 33/13 43/23
Stout [2] 1/24 2/16
straightforward [2] 44/14 49/19
Street [1] 2/4
struggling [1] 6/24
stuff [1] 47/20
styled [1] 1/21
submitted [1] 34/5
sued [4] 7/18 7/21 19/12 26/6
suggest [4] 5/23 33/6 39/13 48/15
suggested [5] 3/17 17/14 26/18 27/8 29/14
suggests [1] 30/4
Suite [1] 2/4
suits [1] 34/7
Summary [4] 12/3 12/22 21/16 24/19
support [3] 14/25 15/12 48/4
supporting [2] 12/23 12/25
supports [4] 4/10 8/13 31/6 38/3
Supreme [3] 30/17 30/20 31/22
sure [4] 6/2 6/5 45/22 49/12
surely [2] 39/18 41/23
swisotzkey [1] 2/14
sworn [6] 11/20 12/1 14/22 20/22 40/24 47/1

## T

table [1] 18/5
tactic [1] 38/11
take [5] 8/1 9/7 9/10 29/23 39/12
taken [3] 1/21 39/1 51/23
taking [3] 29/20 30/17 50/8
talk [1] 6/17
talked [2] 27/15 27/16
talking [10] 4/18 5/3 10/20 12/16 22/14 29/24 33/20 39/20 41/22 41/24
telephone [6] 1/15 1/20 2/3 2/9 2/9 51/14
tell [2] 34/24 49/3
telling [5] 15/1 18/23 35/9 37/17 41/6
term [2] 7/10 12/6

T


terms [4] 5/12 10/11 10/24 38/21
test [2] 9/23 9/24
tested [1] 30/25
testifies [1] 8/12
testimony [3] 9/24 14/22 20/22
TEXAS [8] 1/1 1/24 1/25 2/5 2/17 51/1 51/18 52/9
than [11] 17/15 19/3 25/4 25/7 25/9 26/23 32/7 32/10 33/23 47/2 49/9
Thank [2] 10/8 50/9
thanks [1] 50/7
that [294]
that contradicts [1] 34/4
that that [1] 26/8
that's [51] 3/11 6/16 8/19 9/10 9/10 10/2 12/8 14/21 14/25 15/5 16/22 19/10 19/10 20/15 22/25 23/19 23/19 24/14 25/3 25/5 25/25 26/2 26/3 26/20 26/22 26/22 27/1 28/14 29/8 29/9 29/18 30/21 31/8 31/23 32/14 33/8 33/14 34/1 38/17 39/7 40/8 40/14 40/15 42/20 43/13 43/14 48/23 49/4 49/11 49/24 50/1
the issues [3] 26/25 34/19 38/24
the other [1] 46/3
their [10] 4/19 7/24 8/4 18/23 21/11 23/1 23/9 23/25 36/1 40/13
their internal [1] 4/19
them [7] 17/13 18/21 18/24 19/5 23/14 37/8 44/7
themselves [1] 27/16
then [26] 3/25 14/2 14/16 14/25 15/18 16/13 19/1 20/10 23/12 26/5 29/14 29/22 30/1 35/4 36/21 36/24 37/2 37/8 39/21 40/10 41/16 44/2 44/20 48/8 48/21 49/5
there [63]
there's [51] 3/22 5/15 5/24 6/22 8/12 9/1 9/12 9/14 9/17 9/19 9/24 11/8 11/10 12/23 15/22 17/8 17/9 17/10 18/14 19/22 20/4 20/20 20/21 21/23 22/6 24/22 26/6 30/2 30/4 33/25 34/20 36/24 38/4 38/5 38/6 38/15 39/1 39/11 39/16 39/23 40/20 40/21 40/22 41/1 41/25 43/12 43/12 44/16 45/22 46/7 47/4
these [21] 5/8 11/16 13/9 15/10 16/18 22/12 23/13 23/17 24/1 24/11 27/13 27/13 27/21 30/8 33/19 34/20 36/23 40/6 42/4 43/5 49/8
these issues [1] 43/5
they [36] 3/17 4/15 6/13 6/13 6/14 7/1 7/5 7/8 7/10 7/12 7/13 7/23 8/1 8/3 8/25 9/2 8/16 12/12 13/1 14/24 14/25 19/23 20/20 22/13 27/14 27/15 31/11 32/3 40/7 40/22 41/21 44/25 45/4 45/4 45/9 45/18
they're [8] 6/16 8/20 7/1 18/22 19/23 20/3 34/17 45/11
thing [5] 6/17 6/24 8/6 8/19 37/16
thing I'd [1] 6/17
things [6] 10/10 15/14 24/8 24/11 42/4 42/18
think [70]
think that's [1] 31/8
think we're [1] 30/19
thinking [1] 33/23
third [3] 4/21 30/13 46/14
this [61]
those [18] 5/19 8/12 16/12 16/14 16/21 18/5 18/10 18/12 18/20 20/23 21/2 21/10 22/3 22/11 23/23 38/19 41/3 43/8
those issues [1] 18/5
though [1] 15/20
thought [2] 3/23 37/21
through [1] 45/7
thrust [1] 18/1
tight [1] 6/15
time [13] 7/8 10/21 21/1 29/23 36/5 36/7 48/14 48/19 49/7 49/9 49/10 49/21 50/8
to all [1] 42/23
told [3] 11/23 35/14 45/3
too [2] 3/17 49/22
took [1] 18/5
totally [1] 17/18
transactions [1] 11/18
transcript [3] 10/8 27/23 51/19
TRANSCRIPTION [2] 1/15 51/14
translated [1] 44/8
translator [1] 43/23
transparent [1] 37/25
true [2] 42/19 51/19
TRUSTEE [5] 1/7 33/16 34/22 46/16 51/7
try [1] 37/13
trying [3] 33/15 38/11 42/16
turn [2] 16/22 34/11
two [5] 3/22 3/23 10/10 20/23 21/2


U


UCC [1] 13/23
UCC1 [2] 13/15 13/22
UCCE [1] 13/8
Uh [1] 50/3
Uh-huh [1] 50/3
uncontradicted [3] 42/8 42/9 44/15
under [7] 3/6 3/7 12/1 25/5 26/24 27/3 40/25
understand [3] 14/2 36/20 43/19
understanding [2] 21/1 43/17
undertake [2] 27/8 29/14
unequivocal [1] 6/25
UNITED [2] 1/1 51/1
unless [2] 24/1 31/13
unsecured [1] 13/12
until [3] 13/5 14/12 14/17
unwilling [3] 22/2 29/13 30/6
up [11] 10/21 16/22 24/20 24/24 31/13 33/12 34/7 34/11 37/3 38/11 45/18
us [22] 5/1 7/14 12/15 15/9 16/3 16/18 19/3 30/22 31/3 33/18 34/22 34/24 37/8 37/9 37/19 39/12 39/12 40/12 43/13 45/24 48/11 49/10
USC [1] 13/7
use [1] 46/19
used [2] 13/6 33/17


V


vague [2] 25/6 32/12
value [11] 13/10 13/11 14/16 14/19 14/21 25/11 26/16 37/15 38/3 39/7 41/4
Vasek [1] 2/3
version [1] 31/6
very [14] 5/15 7/24 10/20 11/11 17/23 23/7 23/23 24/24 27/23 28/17 29/21 38/1 38/2 39/9
via [3] 2/3 2/9 2/9
view [1] 7/14
Vesta [1] 52/8


W


walked [2] 15/9 37/19
WALNUT [9] 1/4 3/24 5/10 5/11 9/14 10/25 11/21 22/17 51/4
want [17] 3/3 8/25 9/23 9/23 9/23 11/17 15/18 19/23 22/16 25/3 33/5 33/6 34/2 37/9 39/12 49/9 49/12
wanted [2] 15/9 37/6
wants [1] 29/25
warranted [1] 4/7
warrants [1] 14/4
was [61]
Washington [2] 2/10 2/11
wasn't [1] 24/20
way [12] 5/23 10/9 16/7 19/3 24/3 25/11 26/6 33/11 33/18 43/13 45/9 45/11
we [240]
we don't [1] 24/3
we'd [3] 4/2 8/19 33/11
we'll [1] 25/10
we're [37] 3/4 3/6 3/11 4/16 6/2 6/4 12/18 12/18 14/2 15/1 15/4 19/1 20/3 23/1 26/22 26/22 27/7 27/16 28/16 28/23 30/19 33/14 33/15 35/23 35/23 36/3 40/8 40/8 40/19 42/21 44/11 47/22 48/8 48/25 49/1 49/2 49/20
we've [54]
welcome [1] 11/7
well [72]
went [1] 14/12
were [26] 1/21 5/3 7/18 8/1 9/16 9/17 10/20 11/17 14/20 16/25 18/2 18/11 19/14 24/24 32/25 39/17 40/15 41/20 41/21 45/4 45/4 45/5 45/6 45/8 45/9 48/14
were hand-carry [1] 14/20
were issues [1] 19/14
Whaley [1] 52/7
what [69]
what's [4] 26/25 33/22 35/7 46/3
whatever [6] 5/22 19/8 19/23 22/8 45/3 49/9
when [12] 11/11 15/2 17/5 23/21 25/16 26/8 26/10 28/5 34/19 39/24 40/20 41/2
where [7] 3/8 3/15 4/15 6/2 9/21 31/1 34/24
Where's [1] 13/15
whether [2] 13/24 33/19
which [14] 4/7 17/22 17/25 18/3 23/9 28/17 30/4 31/20 32/3 33/24 37/16 47/13 47/13 51/23
while [1] 41/14
who [27] 3/23 4/4 6/6 6/10 6/11 14/17 16/4 16/13 16/15 16/15 16/17 18/11 21/4 22/10 22/12 22/20 30/10 33/9 33/17 33/17 39/19 41/21 41/21 46/4 45/5 45/6 46/10
who's [1] 8/17
whole [3] 4/14 37/3 39/7
whose [1] 17/12
why [10] 22/13 24/13 25/3 26/9 26/18 31/25 35/10 41/19 42/15 48/21
wiggle [2] 3/10 38/15
wild [1] 34/18
wild-goose [1] 34/18
will [8] 15/20 25/10 33/7 41/18 42/2 44/17 44/18 49/3
willful [1] 26/4
willing [4] 9/4 21/13 25/10 25/12
Winters [1] 46/2
Winters was [1] 46/2
Wisconsin [1] 2/12
Wisotzkey [1] 2/9




...ContemptApp'x.104

W

withdraw [2] 3/25 4/17
withdrawn [1] 28/1
withdrew [2] 18/4 18/4
withholding [2] 25/17 25/20
without [7] 3/10 4/14 9/8 25/15 29/20 35/1 41/7
won't [1] 42/10
work [3] 3/8 33/17 36/4
works [1] 31/23
would [30] 3/3 9/5 15/22 16/16 17/1 17/6 18/10 18/19 18/20 21/13 22/7 22/10 22/13 22/18 24/2 26/5 28/8 29/10 29/11 34/15 36/2 37/12 37/20 39/18 39/19 41/18 46/10 47/15 48/24 49/24
would've [2] 17/4 41/23
wouldn't [1] 22/21
write [1] 36/25
writing [2] 19/7 44/18
written [1] 43/22
wrote [1] 37/1

Y

yeah [8] 13/15 15/5 22/9 28/14 30/1 46/6 49/14 49/23
years [3] 8/4 40/8 40/14
yes [1] 37/5
you [303]
you'd [1] 7/20
you're [27] 5/22 11/4 13/10 14/9 14/10 20/11 22/2 26/8 27/7 27/8 29/13 29/24 30/2 30/3 30/6 30/7 33/20 35/8 35/19 35/20 40/2 42/6 42/16 43/19 46/15 46/16 48/3
you've [19] 7/16 9/9 9/20 14/16 16/17 22/6 25/6 31/7 31/14 34/4 34/7 35/14 37/8 37/10 38/22 42/1 42/17 43/11 45/1
your [38] 6/1 6/4 11/4 11/7 12/19 15/16 17/11 17/11 17/16 18/16 20/11 20/24 21/3 21/25 25/25 26/3 27/21 27/22 30/7 30/22 31/6 31/17 33/8 36/7 36/18 36/19 37/5 37/24 37/25 39/24 40/14 40/24 42/12 42/12 46/10 47/3 47/4 47/15


App'x 105